UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
Peter Aloisio, et. al.,

                        **Plaintiffs,**

                                                         **NOTICE OF APPEARANCE**

    -against-

The City of New York, et al.,                                    05 CV 9737

                        **Defendants.**
------------------------------------------------------------------------ x

    **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
         November 30, 2005

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                  of the City of New York
                                              Attorney for Defendant The City of New York
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 788-8683


                                     By:     _____/s/_____
                                                 Jay A. Kranis (JK2576)
                                                 Senior Counsel
                                                 Special Federal Litigation Division


To:    Norman Frederick Best, Esq.(NB 1968)
         Law Office of Susan Douglas Taylor
         575 Madison Avenue, 10th Floor
         New York, NY 10022
         (212) 671-0122