UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
PETER ALOISIO et al.,

                            Plaintiffs,        05 CV 9737 (KMK)

      -versus-

THE CITY OF NEW YORK, et al.,

                            Defendants.
------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Fred M. Weiler hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:     New York, New York
             December 13, 2005

                                           MICHAEL A. CARDOZO
                                           Corporation Counsel of the City of New York
                                           *For Defendant The City of New York*


                                           By:  _____/s/_____
                                                   Fred M. Weiler (FW 5864)
                                                   Assistant Corporation Counsel
                                                   Special Federal Litigation
                                                   100 Church Street, Room 3-132
                                                   New York, New York 10007
                                                   212.788.1817 (ph)
                                                   212.788.9776 (fax)


cc: All Parties (by ECF)