# NORMAN BEST

Attorney at Law
Member of the Bar in New York and Washington State

**MEMO ENDORSED**

*\*DOCKET IN BOTH CASES*

November 3, 2006

**BY FACSIMLE**

The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York, 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 11/7/06

Re:  *Aloisio et al. v. The City of New York, et al.* 05 CV 9737 (KMK) (JCF)
     *Kahl et al. v. The City of New York, et al.* 05 CV 9885 (KMK) (JCF)

Dear Judge Francis,

On behalf of plaintiffs and defendants, I write to request a modification of the Case Management Order (CMO) in these cases. The parties have finished the consolidated witness depositions, and have substantially completed responding to Interrogatories and Requests for Documents. Both sides need additional time for other discovery including depositions of non-consolidated witnesses and parties. Accordingly, plaintiffs and defendants jointly request that the Court grant a 3-month extension on all deadlines in the CMO in this case. If this meets with your approval, would you please "so order" it? Thank you.

Sincerely yours,

Norman Best

Cc:  Fred Weiler.

11/7/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ