UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

PETER ALOISIO,                              )    **ECF Case**
MAUREEN DENNEHY,                            )
MATHEW MALEK,                               )    **O5 Civ. 9737 (KMK)(JCF)**
HEATHER MCHALE,                             )
CYNTHIA RIGGIN-NOEL,                        )
                                            )    **MOTION TO ADMIT**
                         Plaintiffs,        )    **COUNSEL**
                                            )    ***PRO HAC VICE***
        -versus-                            )
                                            )
THE CITY OF NEW YORK,                       )
DENISE ROSE-HINKSMAN,                       )
JIMMY CHUNG, JAMES CONNOLLY,                )
CAPTAIN CROSSAN , and DOES                  )
                                            )
                         Defendants.        )
------------------------------------------------------------------X

PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Norman Frederick Best, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of

| | |
|---|---|
| Applicant's name: | SUSAN DOUGLAS TAYLOR |
| Firm name: | Law Office of Susan Douglas Taylor |
| Address: | 575 Madison Avenue, 10th floor |
| City/State/Zip: | New York, NY 10022 |
| Telephone/Fax: | Phone: 212-605-0305,  Fax:    212-873-0711 |

SUSAN DOUGLAS TAYLOR is a member in good standing of the Bar of the State of

Washington and of Washington, District of Columbia.  There are no pending disciplinary

proceedings against Susan Douglas Taylor in any State or Federal courts.

Dated:        May 22, 2007
City, State:   New York, New York

Respectfully submitted,

NORMAN FREDERICK BEST (NB 1968)
575 Madison Avenue, 10th Floor
New York, New York 10022
(212) 671-0122

MICHAEL L. SPIEGEL (MS 0856)
111 Broadway, Suite 1305
New York, New York 10006
(212) 587-8558

*Attorneys for Plaintiffs*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | |
|---|---|
| PETER ALOISIO,<br>MAUREEN DENNEHY,<br>MATHEW MALEK,<br>HEATHER MCHALE,<br>CYNTHIA RIGGIN-NOEL,<br><br>          Plaintiffs,<br><br>  -versus-<br><br>THE CITY OF NEW YORK,<br>DENISE ROSE-HINKSMAN,<br>JIMMY CHUNG, JAMES CONNOLLY,<br>CAPTAIN CROSSAN , and DOES<br><br>          Defendants. | **ECF Case**<br><br>**O5 Civ. 9737 (KMK)(JCF)**<br><br>**AFFIDAVIT OF<br>NORMAN FREDERICK BEST<br>IN SUPPORT OF<br>MOTION TO ADMIT<br>COUNSEL<br>*PRO HAC VICE*** |

-------------------------------------------------------------------X

State of New York   )
                   )  ss:
County of New York )

Norman Frederick Best, being duly sworn, hereby deposes and says as follows:

1.      I am counsel for Peter ALOISIO and all other Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Susan Douglas Taylor as counsel *pro hac vice* to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bars of the states of New York and Washington (inactive). I was admitted to practice law in New York state on November 21, 2003. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3.      I have known Susan Douglas Taylor since 1991.

4.      Ms. Taylor is an attorney in sole practice at 575 Madison Avenue, 10th floor, New York, NY 10022.

5.      I have found Ms. Taylor to be a skilled attorney, and a person of integrity.  She has experience with Federal practice, and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Susan Douglas Taylor, *pro hac vice.*

7.      I respectfully submit a proposed order granting the admission of Susan Douglas Taylor, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Susan Douglas Taylor, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: May 22, 2007
New York, NY

Notarized:

SHERYL A. DOUGLAS
NOTARY PUBLIC, State of New York
No. 01DO5040005
Qualified in Kings County
Commission Expires September 5, 2009

_____
Norman Frederick Best, Esq.
[NB 1968]

2

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION                    BAR # 13397

OF                                                **CERTIFICATE OF GOOD**

SUSAN DOUGLAS TAYLOR                    .              **STANDING**

TO PRACTICE IN THE COURTS OF THIS STATE.


I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

SUSAN DOUGLAS TAYLOR

was regularly admitted to practice as an Attorney and October 12, 1983, and is now and has been

continuously since that date an attorney in good standing in said Court.




IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this
26th day of April, 2007

RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

SUSAN DOUGLAS TAYLOR

was on the ___6TH___ day of ___NOVEMBER, 1998___

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 4, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PETER ALOISIO,                                    **ECF Case**
MAUREEN DENNEHY,
MATHEW MALEK,                                    **O5 Civ. 9737 (KMK)(JCF)**
HEATHER MCHALE,
CYNTHIA RIGGIN-NOEL,

                                                 **ORDER FOR ADMISSION**
                          Plaintiffs,            ***PRO HAC VICE***
                                                 **ON WRITTEN MOTION**

        -versus-

THE CITY OF NEW YORK,
DENISE ROSE-HINKSMAN,
JIMMY CHUNG, JAMES CONNOLLY,
CAPTAIN CROSSAN , and DOES

                          Defendants.

-------------------------------------------------------------------X

Upon the motion of Norman Frederick Best, counsel for Peter ALOISIO and all other Plaintiffs

in the above captioned action, and said sponsor attorney's Affidavit in support,

IT IS HEREBY ORDERED that

|  |  |
|---|---|
| Applicant's name: | SUSAN DOUGLAS TAYLOR |
| Firm name: | Law Office of Susan Douglas Taylor |
| Address: | 575 Madison Avenue, 10th floor |
| City/State/Zip: | New York, NY 10022 |
| Telephone/Fax: | Phone: 212-605-0305,  Fax:    212-873-0711 |
| Email address: | st@susandouglastaylor.com |

is admitted to practice *pro hac vice* as counsel for Peter ALOISIO and all other Plaintiffs in the

above captioned action in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the rules governing discipline of attorneys.  If this action is assigned to the Electronic

Case Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.


Dated:        This ____ day of May, 2007
City, Sate:    New York, New York


                                                _____

                                                James C. Francis IV
                                                United States Magistrate Judge