USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

| | |
|---|---|
| PETER ALOISIO, MAUREEN DENNEHY, MATHEW MALEK, HEATHER MCHALE, CYNTHIA RIGGIN-NOEL, <br><br>            Plaintiffs, <br><br>  -versus- <br><br>THE CITY OF NEW YORK, DENISE ROSE-HINKSMAN, JIMMY CHUNG, JAMES CONNOLLY, CAPTAIN CROSSAN, and DOES <br><br>            Defendants. | ECF Case <br><br> O5 Civ. 9737 (KMK)(JCF) <br><br> **ORDER FOR ADMISSION** <br> ***PRO HAC VICE*** <br> **ON WRITTEN MOTION** |

-----------------------------------------------------------X

Upon the motion of Norman Frederick Best, counsel for Peter ALOISIO and all other Plaintiffs in the above captioned action, and said sponsor attorney's Affidavit in support,

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's name: | SUSAN DOUGLAS TAYLOR |
| Firm name: | Law Office of Susan Douglas Taylor |
| Address: | 575 Madison Avenue, 10th floor |
| City/State/Zip: | New York, NY 10022 |
| Telephone/Fax: | Phone: 212-605-0305, Fax: 212-873-0711 |
| Email address: | st@susandouglastaylor.com |

is admitted to practice *pro hac vice* as counsel for Peter ALOISIO and all other Plaintiffs in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:       This 4th day of June, 2007
City, Sate:  New York, New York

                                              Kenneth M. Karas
                                              U.S.D.J.