**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



---------------------------------------X
Aloisio

NOTICE OF REASSIGNMENT

-V-

The City of New York
---------------------------------------X    7:05 civ. 9737(KMK)(JCF)


        Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is reassigned to the WP calendar of


        JUDGE: Kenneth M Karas

        All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

        The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Reassignment on all defendants.


                                    J. Michael McMahon, CLERK

Dated:9/4/07

                            by:_____
                                        Deputy Clerk



CC:  Attorneys of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

                            Revised: September 9, 2004